No. 95–7353. HEIRENS *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 95–7354. GEORGE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7359. MISEK-FALKOFF *v.* KELLER. Ct. App. N. Y. Certiorari denied.

No. 95–7361. LIRA-ESPINOSA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7370. MINTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7371. HUGHES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7375. FARRIS *v.* HALLAHAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7377. JEFFERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7379. RUIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7380. PRINGLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7382. BERRY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7383. COOK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7384. MAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7387. HOURIHAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–7390. TRONDEL-PENA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.